EMMA MACMILLAN, Respondent, v. CHARLES F. VOLLMER and FREEPORT LUMBER Co., INC., Appellants.—Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

GERTRUDE VIRGINIA TRUMPLETTE MATTESON, as Executrix, etc., of GERTRUDE A. TRUMPLETTE, Deceased, Respondent, v. NATHAN FELD, Respondent, and WALLACE G. MATTESON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

PHILIP E. NEWMARK, Respondent, v. THOENS & FLAUNLACHER, INC., Appellant, Impleaded with DAVID HARRIS and SAUL NEWMARK, Defendants.— Order granting motion for examination before trial and directing the production of books and records affirmed, with ten dollars costs and disbursements. No opinion. Examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES GOODMAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, New York, Respondent.— Order dismissing writ of habeas corpus and remanding relator affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. LOUISE MACGREADY, Respondent; MARY E. MACGREADY and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of ACHITOB MILLNER, Respondent, for a Mandamus Order against MILLNER & SON, INC., and Others, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MEYER NEUMANN, Respondent, v. EVA GLAUBINGER and Others, Appellants. — Appeal dismissed on stipulation. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK LEVY, Appellant.— Appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SPIEGEL, Appellant.— Appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BRIARCLIFF LODGE HOTEL, INC., Respondent, v. CITIZEN-SENTINEL PUBLISHERS, INC., and J. NOEL MACY, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with leave to defendants to answer within ten days from service of a copy of the order herein. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BRIARCLIFF LODGE HOTEL, INC., Respondent, v. TARRYTOWN DAILY NEWS,